232

The People of the State of Illinois, Plaintiff-Appellee, *v.* Larry White, Defendant-Appellant.

(No. 58315; ▮▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—July 5, 1973.

PER CURIAM.

STAMOS, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Ira Churgin and Lee T. Hettinger, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel,) for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Michael Jackson, Defendant-Appellant.

(Nos. 55217, 55428 cons.; ▮▮▮▮▮▮▮▮▮▮▮

First District (3rd Division)—July 5, 1973.